IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH RAY SOWELL, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. H-20-1492 |
| TDCJ, | | |
| *Defendant*. | | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the  4th day of May, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE